# ADDITIONAL SERVICE PARTY LIST

**Via First Class Mail**
Jason E. Burnett
Registered Agent for
CASTLE & COOKE AVIATION
SERVICES, INC.
10900 Wilshire Blvd, Suite 1600
Los Angeles, CA 90024
*Registered Agent for Castle & Cooke Aviation Services, Inc.*

Yvonne Escobedo, Owner/CEO
ESCO AEROSPACE MFG, INC.
214 S. 9th Ave.,
City of Industry, CA 91746, USA
*For Esco Aerospace Mfg, Inc.*

Internetwork Experts
PO Box 4346
Houston, TX 77210-4346
*Counsel for Internetwork Experts, Inc.*

Dave Wood
Leader Technologies, Inc.
8809 Washington Stree NE, Suite 175
Albuquerque, NM 87113
*For Leader Technologies, Inc.*

Mike Cabral
Registered Agent and Owner of
  Precision Aerostructures Inc.
10291 Trademark St, Suite C
Rancho Cucamonga, CA 91730
*For Precision Aerostructures Inc.*

Robert Anderson
Registered Agent and President of
  Prisma Graphic Corporation
2397 East Broadway Road
Phoenix, AZ 85040
*For Prisma Graphic Corporation*

QPM Aerospace
Barbie Denman, Accounting Manager
PO Box 11626
Tacoma, WA 98411-6626
*For QPM Aerospace, Inc.*

Douglas P. Broomell, Esquire
108 Main Street
Roseville, CA 95678
*Counsel for Richard Ryan*

Joe DiSillas, President
Samuel S. Russ
139 Castlewood Dr,
Cary, NC 27511
*For Samuel S. Russ*

Steve Rice, President
Welch Equipment Company, Inc.
5025 Nome St
Denver, CO 80239
*For Welch Equipment Company, Inc.*

**Via Email**
Dennis A. Meloro, Esquire
melorod@gtlaw.com
Counsel for Seamech International, Inc.

Patrick W. Carothers, Esquire
pcarothers@thorpreed.com
*Counsel for A & M Precision Measuring Services, Inc.*

Mike DeBaecke, Esquire
debaecke@blankrome.com
*Counsel for A.T. Kearney, Inc.*

Jack Pope, Esquire
jpope@sha-llc.com
*Counsel for Aero Technical Components, Inc.*

Daniel C. Kerrick, Esquire
dkerrick@cicontewasserman.com
*Counsel for MMA Partners, LLC, D/B/A Agilaire*

Charles N. Ofelt, Esquire
cofelt@comcast.net
*Counsel for Applegates Landing I, LP*

James F. Bailey, Jr., Esquire
jbailey@jfbailey.com
*Counsel for Applegates Landing I, LP*

James C. Thoman, Esquire
jthoman@hodgsonruss.com
*Counsel for Astronics Advanced Electronic Systems Corp.*

Frederick Rosner, Esquire
rosner@teamrosner.com
*Counsel for Astronics Advanced Electronic Systems Corp.*

Bradley S. Shraiberg, Esquire
bshraiberg@sfl-pa.com
*Counsel for BE Aerospace, Inc.*

Thomas J. Francella, Jr., Esquire
tfrancella@wtplaw.com
*Counsel for BE Aerospace, Inc.*

Sarah L. Hill, Esquire
shill@semmes.com
*Counsel for BAX Global Inc., D/B/A DB Schenker*

Theodore J. Tacconelli, Esquire
ttacconelli@ferryjoseph.com
*Counsel for BAX Global Inc., D/B/A DB Schenker*

Roland Gary Jones, Esquire
rgj@rolandjones.com
*Counsel for Bisco Industries, Inc.*

James Tobia, Esquire
jtobia@tobialaw.com
*Counsel for Bisco Industries, Inc.*

*James La Fata, Esquire*
*jlafata@smdlegal.com*
*Counsel for Brass Contracting, Inc.*

Mitchel H. Perkiel, Esquire
Mitchel.Perkiel@troutmansanders.com
*Counsel for C&D Zodiac, Inc.*

Ross B Perkal, Esquire
rossperkal@aol.com
*Counsel for CG & D, LLC*

Nicholas C. Dreher, Esquire
ndreher@cades.com
*Counsel for Commercial Data Systems, Inc.*

Carl N. Kunz, III, Esquire
ckunz@morrisjames.com
*Counsel for Commercial Data Systems, Inc.*

Gregg M. Galardi, Esquire
gregg.galardi@skadden.com
*Counsel for Western Sky Industries, LLC, D/B/A Electromech Technologies*

Cynthia Moh Baldwin, Esquire
cbaldwin@eapdlaw.com
*Counsel for Federal Express Corporation*

William O. Kessler, Esquire

Jon P. Newton, Esquire
jnewton@rrlawpc.com
*Counsel for Global Jet Services, Inc.*

J. Zachary Haupt, Esquire
zhaupt@bifferato.com
Counsel f*or Global Jet Services, Inc.*

Rick B. Anotonoff
rickanotonoff@cliffordchance.com
*For Hampson Aerospace, Inc.*

Rebecca L. Butcher, Esquire
butcher@lrclaw.com
*Counsel for Hampson Aerospace, Inc.*

James G. Verrillo, Esquire
CBrennan@zeislaw.com
*Counsel for Harco Laboratories, Inc.*

Timothy D. Elliot, Esquire
Abigail J. Jung, Esquire
telliot@rathjewoodward.com
*ajung@rathjewoodward.com*
*Counsel for Hub International of California, Inc., Successor in Interest to Hub International Southwest Agency Limited, Inc.*

Michael R. Seidl, Esquire
mseidl@pszjlaw.com
*Counsel for Hub International of California, Inc., Successor in Interest to Hub International Southwest Agency Limited, Inc.*

Kimberly J. Robinson
kim.robinson@bfkn.com
*Counsel for Hub Tool and Supply, Inc.*

Kimberly E.C. Lawson, Esquire
klawson@reedsmith.com
*Counsel for GE Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services*

Christine R. Etheridge
Christine.Etheridge@ikonfin.com
*Counsel for GE Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services*

Kimberly E.C. Lawson, Esquire
klawson@reedsmith.com
*Counsel for IKON Office Solutions, Inc.*

Timothy P. Reiley, Esquire
treiley@reedsmith.com
*Counsel for IKON Office Solutions, Inc.*

Monica Lawrence, Esquire
monica.lawrence@dechert.com
*Counsel for Innovative Solutions and Support, Inc.*

Michael Klein, Esquire
New York, NY 10036
mklein@cooley.com
*Counsel for Iridium Satellite LLC*

William A. Mason, Esquire
cmason@gravelshea.com
*Counsel for ITech US, Inc.*

Richard A. Barkasy, Esquire
rbarkasy@schnader.com
*Counsel for ITech US, Inc.*

Brian A. Jennings, Esquire
BJennings@perkinscoie.com
*Counsel for Jeppesen Sanderson, Inc.*

Daniel B. Spitzer, Esquire
dspitzer@spitzeresq.com
*Counsel for Jet Manufacturing, Inc.*

Stacy L. Newman, Esquire
Amanda Winfree, Esquire
snewman@ashby-geddes.com
awinfree@ashby-geddes.com
*Counsel for Jet Manufacturing, Inc.*

Kenneth A. Berger, Esquire
info@kennethberger.com
*Counsel for Joang Shaeffer-Wilsco*

Larry Dean Beathe
lbeathe@gmail.com
*For Larry Dean Beathe*

James C. Thoman, Esquire
jthoman@hodgsonruss.com
*Counsel for Luminescent Systems, Inc.*

Frederick Rosner, Esquire
frosner@mrs-law.com
*Counsel for Luminescent Systems, Inc.*

Walter L. Reardon, Jr., Esquire
walter@reardonlawnm.com
*Counsel for Manufacturing Technologies, Inc.*

Mary E. Augustine, Esquire
maugustine@bglawde.com
*Counsel for Manufacturing Technologies, Inc.*

Jim Otttino, CFO
jim@osogrande.com
*For Mediaworks Advertising Specialties, Inc.*

John P. Kreis, Esquire
jkreis@attglobal.net
*Counsel for Meggitt-Oregon, Inc.*

(note two separate cases under Meggitt)

John P. Kreis, Esquire
jkreis@attglobal.net
*Counsel for Meggitt Thermal Systems, Inc.*

Mark Minuti, Esquire
mminuti@saul.com
*Counsel for Munsch Hardt Kopf & Harr, PC*

Russell L. Munsch, Esquire
rmunsch@munsch.com
*Counsel for Munsch Hardt Kopf & Harr, PC*

Jay H. Ong, Esquire
jong@munsch.com
*Counsel for Munsch Hardt Kopf & Harr,PC*

Steven W. Soulé, Esquire
ssoule@hallestill.com
*Counsel for The Nordam Group, Inc.*

Reed A. Heiligman, Esquire
rheiligman@fgllp.com
*Counsel for The Pepsi Bottling Group, Inc., D/B/A Pepsi Bottling Group LLC*

Beth Sickelka, Esquire
sickelkab@gtlaw.com
*Counsel for Right Hemisphere, Inc.*

Stan Hatch, Esquire
shatch@hatchfirm.com
*Counsel for Sandia Office Supply, Inc.*

Susan J. Taylor, Esquire
sjtaylor@thetaylorfirm.com
*Counsel for Seamech International Inc.*

James F. Bailey, Jr. , Esquire
jbailey@jfbailey.com
*Counsel for Sandia Office Supply, Inc.*

Steven J. White, Esquire
swhite@stradley.com
*Counsel for McNally Industries, LLC d/b/a Sun Country Industries*

James S. Carr, Esquire
Kristin S. Elliot, Esquire
jcarr@kelleydrye.com
kelliott@kelleydrye.com
*Counsel for Tata America International Corporation*

Steven J. White, Esquire
swhite@stradley.com
*Counsel for Mcnally Industries, LLC, D/B/A Sun Country Industries*

Rick Antonoff, Esquire
Rick.antonoff@cliffordchance.com
*Counsel for Texstars, Inc.*

Rebecca L. Butcher, Esquire
butcher@lrclaw.com
*Counsel for Textars, Inc.*

Michael J. Pappone
mpappone@goodwinprocter.com
*Counsel for Unifirst Corporation*

Michael J. Custer, Esquire
custerm@pepperlaw.com
*Counsel for Unifirst Corporation*

Robin B. Cheatham, Esquire
Robin.cheatham@arlaw.com
*Counsel for Valero Marketing and Supply Company*

Brian A. Sullivan, Esquire
bsullivan@werbsullivan.com
*Counsel for Valero Marketing and Supply Company*

Zachary Wilson, Esquire
Zach.wilson@agg.com
*Counsel for Verizon Wireless Services, LLC*

Michael P. Migliore, Esquire
mpm@skjlaw.com
*Counsel for Verizon Wireless Services, LLC*

Lucian B. Murley, Esquire
LMurley@saul.com
*Counsel for Willis Of New York, Inc., D/B/A Willis Global Aviation*

Michael J. Farnan, Esquire
MFarnan@saul.com
*Counsel for Willis Of New York, Inc., D/B/A Willis Global Aviation*

Curtis C. Mechling, Esquire
Michelle H. Schott, Esquire
cmechling@stroock.com
mschott@stroock.com
*Counsel for Willis Of New York, Inc., D/B/A Willis Global Aviation*

William C. Grossman
wgrossman@jaeckle.com
*Counsel for S-Tec Corporation, Formerly Chelton Flight Systems, Inc. and Chelton Flight Systems, Inc.*

Meghan A. Cashman, Esquire
maca@stevenslee.com
*Counsel for S-Tec Corporation, Formerly Chelton Flight Systems, Inc. and Chelton Flight Systems, Inc.*

Charles J. Brown, III, Esquire
cbrown@archerlaw.com
*Counsel for Alphatech General, Inc. F/K/A Ameron Global, Inc., D/B/A Mass Systems, And Ametek Ameron, LLC, Successor in Interest to Mass Systems*

Charles J. Brown, III. Esquire
cbrown@archerlaw.com
*Counsel for Prudential Real Estate and Relocation Services, Inc., and Prudential Relocation, Inc.*

Bruce W. McCullough
bmccullough@bodellbove.com
*For Henry Production, Inc., D/B/A Pumps and Service*